BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

**FILED**
MAR 14 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 39145 CHECKERBLOOM LANE, SHAVER LAKE, CALIFORNIA, FRESNO COUNTY, APN: 130-45-503, INCLUDING ALL IMPROVEMENTS AND APPURTANCES THERETO,<br><br>Defendant. | Case No. 1:16-CV-00349-DAD-EPG<br><br>**UNDER SEAL**<br><br>*EX PARTE* ORDER TO STAY CIVIL FORFEITURE CASE |

The United States having moved to stay the civil forfeiture action pursuant to 18 U.S.C. § 981(g)(1) and having demonstrated that civil discovery will adversely affect the ability of the United States to conduct the related ongoing criminal investigation, the above entitled civil *in rem* forfeiture action shall be stayed until June 9, 2016, pending the completion of the criminal investigation and criminal case. The United States shall file a status report one week prior, on June 2, 2016, informing the Court whether the continuation of the stay is still necessary.

**IT IS HEREBY ORDERED.**

Dated this 14th day of march, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE