BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

**FILED**
MAR 14 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY LOCATED AT 39145 CHECKERBLOOM LANE, SHAVER LAKE, CALIFORNIA, FRESNO COUNTY, APN: 130-45-503, INCLUDING ALL IMPROVEMENTS AND APPURTANCES THERETO, <br><br> Defendant. | Case No. 1:16-CV-00349-DAD-EPG <br><br> **UNDER SEAL** <br><br> *EX PARTE* ORDER SEALING CIVIL COMPLAINT FOR FORFEITURE |

The United States having moved to seal the Verified Complaint for Forfeiture *In Rem*, the concurrently filed Application to Seal and corresponding Proposed Order, and the concurrently filed Motion to Stay and corresponding Proposed Order, pending the completion of the criminal investigation and case, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that the Complaint and all related documents are to be placed under seal until further notice.

Dated this 14th day of March, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE