PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:16-CV-00349-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | **STATUS REPORT; REQUEST AND ORDER TO CONTINUE STAY AND UNSEAL CASE** |
| REAL PROPERTY LOCATED AT 39145 CHECKERBLOOM LANE, SHAVER LAKE, CALIFORNIA, FRESNO COUNTY APN: 130-45-503, INCLUDING ALL IMPROVEMENTS AND APPURTENANCES THERETO, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel submits the following report:

1. This is a civil action *in rem* for forfeiture of Real Property located at 39145 Checkerbloom Lane, Shaver Lake, California, APN: 130-45-503, and all appurtenances and improvements thereto ("Defendant Property"). The complaint, filed on March 14, 2016, alleges that the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

2. On or about March 14, 2016, due to the ongoing criminal investigation, the United States sought and obtained an order sealing the case and an order to stay the case through June 9,

2016.

3. On June 2, 2016, a Grand Jury in the Eastern District of California indicted Mark Merrill Reynolds with violations of 18 U.S.C. §669-Embezzlement and Misapplication In Connection with Health Care; 18 U.S.C. § 1341- Mail Fraud; and 18 U.S.C. §1956(a)(1)(B)(i)- Money Laundering.  The Indictment contains a forfeiture allegation which seeks the forfeiture of the above-captioned Defendant Property. The criminal case of *U.S. v. Mark Merrill Reynolds*, 1:16-CR-00081-LJO is pending.

4. It is the United States belief that moving forward at this time with the civil forfeiture case could adversely affect the prosecution of the related criminal case.  Accordingly, the United States hereby requests that this case be unsealed but remain stayed pending the resolution of the related criminal case.

Dated:  June 6 , 2016                                              PHILLIP A. TALBERT
                                                                                    Acting United States Attorney


                                                                                    /s/ Jeffrey A. Spivak
                                                                                    JEFFREY A. SPIVAK
                                                                                    Assistant United States Attorney


IT IS SO ORDERED.

   Dated:   **June 10, 2016**                        **/s/ Lawrence J. O'Neill**
                                                                             UNITED STATES CHIEF DISTRICT JUDGE

2