IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-CV-00349-LJO-SKO |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL AND ORDER THEREON |
| v. | |
| REAL PROPERTY LOCATED AT 39145 CHECKERBLOOM LANE, SHAVER LAKE, CALIFORNIA, FRESNO COUNTY, APN: 130-45-503, INCLUDING ALL IMPROVEMENTS AND APPURTANCES THERETO, | |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), the United States hereby dismisses this action in its entirety, with prejudice.

Dated: October 25, 2018          McGREGOR W. SCOTT
United States Attorney

/s/ Erin M. Sales
ERIN M. SALES
Assistant United States Attorney

## **ORDER**

The instant action is DISMISSED. The clerk is directed to close this case.

IT IS SO ORDERED.

Dated: **October 26, 2018**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE